# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

HEATHER WILKINSON,            )
                              )
           Plaintiff,         )
                              )
v.                            )   Case No. 05-0968-CV-W-FJG
                              )
MICHELIN NORTH AMERICA, INC., et al.,  )
                              )
           Defendants.        )

## ORDER

Pursuant to the judgment and mandate of the Eighth Circuit Court of Appeals (see Doc. Nos. 50 and 51), this matter is remanded to the Circuit Court of Jackson County, Independence, Missouri. The Clerk of the Court is directed to mail a certified copy of this Order to the Clerk of the Circuit Court of Jackson County, Independence, Missouri as required by 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**


Date:  4/4/07                          /s/ FERNANDO J. GAITAN, JR.
Kansas City, Missouri                  Fernando J. Gaitan, Jr.
                                       Chief United States District Judge